THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C19-0101-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COLUMBIA FORD HYUNDAI, INC., a Washington corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to strike the jury demand in this case and continue the trial date (Dkt. No. 19). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. The jury demand is hereby STRICKEN; and
2. Trial in this matter is hereby CONTINUED from June 22, 2020 to August 3, 2020 at 9:30 a.m.

//

//

//

MINUTE ORDER
C19-0101-JCC
PAGE - 1

1       DATED this 28th day of August 2019.

2

3                                               William M. McCool
                                                Clerk of Court
4
                                                s/Tomas Hernandez
5                                               Deputy Clerk

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C19-0101-JCC
PAGE - 2