THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C19-0101-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COLUMBIA FORD HYUNDAI, INC., a Washington corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to strike the mediation requirement in this case (Dkt. No. 36). On its minute order dated January 8, 2020, the Court ordered the parties to participate in mediation no later than May 15, 2020. (*See* Dkt. No. 22.) The parties now move to strike the mediation requirement "[b]ased on the total amounts the parties are seeking in this case, and the state-wide restrictions related to COVID-19," and assert that they will "engage in good-faith settlement discussions via telephone instead of mediation." (Dkt. No. 36 at 1–2.) Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. The parties are ORDERED to file a joint status report regarding the outcome of their telephonic settlement discussions no later than May 15, 2020.

MINUTE ORDER
C19-0101-JCC
PAGE - 1

1       DATED this 10th day of April 2020.

2                                             William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk