THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | CASE NO. C19-0101-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| COLUMBIA FORD HYUNDAI, INC., a Washington corporation, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of pending settlement (Dkt. No. 43). The parties state that they have agreed upon terms to settle this matter. (*Id.* at 1.) Accordingly, the Court hereby STRIKES the bench trial set for August 3, 2020, and all case management deadlines. The parties are ORDERED to file a stipulated dismissal or a joint status report regarding their progress in finalizing the settlement within 30 days from the date this minute order is issued. The Clerk is DIRECTED to terminate Plaintiff's pending motion for attorney fees (Dkt. No. 40) and to statistically close the case.

//

//

MINUTE ORDER
C19-0101-JCC
PAGE - 1

1   DATED this 8th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk