THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLUMBIA FORD HYUNDAI, INC., a Washington corporation,<br><br>　　　　　Defendant. | CASE NO. C19-0101-JCC<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　　The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 45). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

　　　　DATED this 2nd day of July 2020.

　　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C19-0101-JCC
PAGE - 1